AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

FILED
*July 25, 2024*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniel Samuel Vasquez | ) Case No. | 4:24-mj-333 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 1-30, 2024** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | Sexual Exploitation of Children |
| Title 18, United States Code, Section 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Luke Voss, Special Agent
*Printed name and title*

Sworn to before me and signed by telephone

Date: 07/25/2024

*Judge's signature*

City and state: Houston, Texas

Richard W Bennett, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN THE MATTER OF: §
Daniel Samuel Vasquez § Case No. **4:24-mj-333**

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Luke Voss, being duly sworn, deposes and states:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since May 2023. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I have participated in cases involving child pornography and the sexual exploitation of children. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography as defined in Title 18, United States Code, Section 2256, is:

   "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where - (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct."

2. This Affidavit is made in support of a criminal complaint charging Daniel Samuel Vasquez with violating Title 18, United States Code, Section 2251(a) – sexual exploitation of children and Title 18, United States Code, Section 2422(b) – coercion and enticement. I am familiar with the information contained in this Affidavit based upon the investigation I

have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18, United States Code, Section 2251(a)– sexual exploitation of children and Title 18, United States Code, Section 2422(b) – coercion and enticement, has been committed by Daniel Samuel Vasquez on or about June 1 to June 30, 2024. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

4. On June 20, 2024, FBI Houston initiated an investigation predicated on reporting from mother of minor victim, hereinafter referred to as MV, that Daniel Samuel Vasquez, date of birth November 28, 1988, solicited images and videos that meet the Federal definition of child pornography in exchange for cash and other gifts from her 14-year-old daughter.

5. In early 2024, MV had logged into her SnapChat account, username sorayda55, on her mother's laptop. Unbeknownst to her daughter, MV's mother could monitor MV's SnapChat activities while her daughter was logged into the application from an iPhone. In early June 2024, MV's mother observed chat messages between her daughter and an individual identified under the screen name "Don Drapper." MV's mother identified "Don Drapper" to be her son's father, Daniel Samuel Vasquez ("Vasquez"), using SnapChat username sammy_vqz. MV's mother provided screen shots of the conversations between Vasquez and MV to the Affiant. Included in the conversations between Vasquez and MV, Vasquez using the username "Don Drapper" discussed his visit to the family's apartment that day and mentions his son's name "Enzo". During the conversation, Vasquez requested that MV perform sexually explicit behavior, to record herself performing such behavior, and to send the images and videos to him.

6. Specifically, the user of "Don Drapper" tells MV to send videos for "his boy" to him. He states that he "wants"... a "fully clothes [sic] Striptease fully naked and say how much u want him to fuck you but u have to have the same sharpie rule. Moaning too. Close ups." MV asked "how much?" To which the user of "Don Drapper" said, "20." They discuss the

price of the photographs until agreeing upon a fee of $30. Later in the same conversation, the user of "Don Drapper" clarified that he wanted a video where MV would "put yr camera where you can see ur ful body and u have all ur clothes on. And slowly take it all off in a cute sexy way. Turn to show your butt and show everything."

7. The user of "Don Drapper" told MV that he had another request from "another guy," and asked MV what she already had recorded that the "other guy" might like. MV responded, "I have a video of me giving head balls n everythingggg tell himmm" to which the user of "Don Drapper" stated "Do u have any fucking?"

8. The user of "Don Drapper" said that he would come to the family's apartment at 7:30 that evening. MV had asked the user of "Don Drapper" for a vape pen, to which the user of "Don Drapper" confirmed that he would purchase the vape pen for her since she was underaged.

9. At the conclusion of this conversation, the user of "Don Drapper" sent MV a screenshot showing the payment of $30 confirmed as sent through CashApp.

10. MV's mother confirmed that on the evening discussed in the communications that Vasquez had visited the apartment. MV's mother stated that once Vasquez had left MV's apartment after his visit, MV's mother found the vape pen discussed in the communications given to MV by Vasquez hidden in the bathroom of her home.

11. MV's mother provided the Affiant with additional screenshots which depicted still images of videos depicting MV. MV's mother identified the room depicted in the video as that of MV.

    - On June 9, 2024, six videos (two were too blurry to describe) were sent from MV to the user of "Don Drapper" which meet the Federal definition of child pornography. The four videos are described as follows:
        o The first video icon depicted what appears to be a female's exposed buttocks and vagina.
        o The second video icon depicted what appears to be a female's stomach. Visible is a piercing through the navel. Written in black ink are the words "Sammy Slut"
        o The third video icon depicts a female on her hands and knees exposing her anus and vagina.

- - The fourth video icon depicted a female's exposed anus and vagina. The female is on her hands and knees.
  - On June 10, 2024, the following conversation appeared to be a continuation from the previous communications thread.
    - Don Drapper: "Did you get sick"
    - MV: "No why"
    - Don Drapper: "Oh, ur mom said u might be lol","nm".
    - MV: "No my nose is js a little runny"
    - Don Drapper: "Oh ok","How's Enzo n ur mom r they both still sick?".
  - The next screen shot appeared to be a continuation from the previous communication thread.
    - Photo depicting female's breasts
    - MV: "Same cashapp 35$ right?"
    - Don Drapper: "They are good but you forgot to strip"
    - MV: "What's that"
    - MV: "Make sure he sends the moneyyyyy"
  - The next screen shot appeared to be a continuation from the previous communication thread.
    - The first video icon depicted a female with black hair and no clothes on exposing her buttocks.
    - The second video icon depicted an area between a female's navel and vagina. The word's "Sammy's Slut" are written in black ink
    - The third video icon is too blurry to view.
  - The next screen shot appeared to be a continuation from the previous thread.
    - Don Drapper shared a CashApp screenshot. It was for $30. The name appeared to be Sorayda Torres; however, it was difficult to discern.
    - Don Drapper: "Can u send an audio recording of you saying how u want him to fuck you then moaning then acting like u came be nasty", "That's the only other think missing."

12. On June 27, 2024, during a Child Adolescent Forensic Interview, MV stated she had known Vasquez since she was 13 years old. He was a friend of her mothers and had helped MV

and her mother mend their relationship. MV revealed that Vasquez routinely purchased illicit items for MV such as liquor, beer, vape and THC products.

13. In total, MV stated she sent Vasquez between 10 and 15 photographs and videos of herself masturbating, performing a striptease, writing his (Vasquez's) name on her vagina, and performing sex acts to include oral and vaginal intercourse. MV stated that Vasquez always paid MV through CashApp and that no other individuals other that Vasquez ever directly messaged her or sent her money.

14. In mid-June, 2024, Vasquez asked MV if she'd be interested in meeting up in person for Vasquez and a friend in a hotel room to watch her play with a sex toy and for him to suck on her boobs. Vasquez agreed to pay MV $350. Vasquez agreed to pay MV $175 up front and then would pay the remainder afterward. MV never had any intentions of meeting up with Vasquez but kept the $175. Around this time, MV's mother confronted MV about the pictures and videos thus ending the relationship.

15. On June 9, 2024, the telephone registered an interaction between the phone and Instagram Sammy using the handle @sammy_vqz10. Under the CashApp application, the username was Sorayda Torres, CashTag $Srydaaa. A review of MV's cellular telephone revealed eight CashApp payments sent from the user of $sammy1856 (who MV identified as Vasquez) and $Srydaaa between June 9 and June 20, 2024, to include a payment of $175 on June 15, 2024.

16. According to SnapChat, the user of sammy_vqz, userID 6c322d32-fd9f-411e-b10f-af67072322e4, created the account on July 22, 2013 at 04:34:27 UTC. The user registered the account using email address dvasquez009@gmail.com and telephone number 281-620-3890. MV's mother identified this to be Vasquez's account based upon the content of the conversations with MV.

17. An administrative subpoena served to Verizon confirmed the subscriber of telephone number 281-620-3890 was Daniel Vasquez. The effective date on the account was February 10, 2022 and the account was active.

18. An administrative subpoena served to Google confirmed the subscriber of email address dvasquez009@gmail.com was Daniel Vasquez, Google Account ID 671346551182. The user created the account on September 14, 2009 at 06:07:52 UTC form IP address 208.180.219.197. The user had a recovery email address of dsv003@shsu.edu and a

recovery telephone number of 12816203890.

19. An administrative subpoena served to Block Inc. for the CashTag $sammy1856 confirmed the account was registered to Daniel Vasquez, date of birth November 28, 1988, social security account number 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, verified on March 2, 2018 at 21:19:34 UTC. The user provided the Vasquez's driver's license as proof of identity for this account. A review of transactions indicated payments between Daniel Vasquez and Sorayda Torres totaling $380 starting June 10, 2024 and ending June 20, 2024.

- 2024-06-20 13:30:32 UTC - USD 60.00 - 174.202.228.19 – Verizon
- 2024-06-15 17:05:01 UTC - USD 175.00 - 97.150.17.229 – Verizon
- 2024-06-15 16:27:32 UTC - USD 40.00 - 97.150.17.229 – Verizon
- 2024-06-15 14:46:23 UTC - USD 20.00 - 174.202.229.75 – Verizon
- 2024-06-12 05:46:11 UTC - USD 30.00 - 104.202.157.29 - Grande Communications
- 2024-06-10 05:38:06 UTC - USD 5.00 - 104.202.157.29 - Grande Communications
- 2024-06-10 05:33:38 UTC - USD 25.00 - 104.202.157.29 - Grande Communications
- 2024-06-10 02:34:41 UTC - USD 25.00 - 104.202.157.29 - Grande Communication

20. On July 25, 2024, special agents of the FBI executed a federal search warrant at 3807 Sparrow Falls Lane, The Woodlands, Texas 77386. During the execution of the search warrant agents were able to conduct a post-*Miranda* interview with Vasquez. During the interview, VASQUEZ confirmed his address, phone number, CashApp account, and all social media accounts, including his SnapChat account username Sammy_vqz with handle "Don Drapper". He also described his relationship with MV and identified her social media accounts, including SnapChat and CashApp accounts, and her status as a minor. Vasquez admitted to sending MV money on occasion via CashApp and positively identified several SnapChat conversations between his "Don Drapper" account and MV.

21. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Samuel Daniel Vasquez with a violation of Title 18, United States Code, Section 2251, and Title 18, United States Code, Section 2422(b).

*[signature]*
Luke Voss
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this 25th day of July 2024, and I find probable cause.

*[signature]*
Richard W Bennett
United States Magistrate Judge